| | |
|---|---|
| LILITH DOVE | Index #: 08 CV 6900 (RJS) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| RUBIN & ROTHMAN, LLC | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 11, 2008 at 12:35 PM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12210

deponent served the within two true copies of the SUMMONS & COMPLAINT on RUBIN & ROTHMAN, LLC, the defendant/respondent therein named,

**SECRETARY OF STATE**  by delivering two true copies to DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: August 11, 2008

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | Docket #: 578909 |